UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| THE HILSINGER COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>BACOU-DALLOZ EYE AND FACE PROTECTION, INC.<br><br>Defendant. | : | [redacted] 05 199 S<br><br>C.A. NO: |

**COMPLAINT**

Plaintiff, The Hilsinger Company ("Hilsinger"), brings this action against Defendant Bacou-Dalloz Eye and Face Protection, Inc. ("Bacou") for trademark infringement, false designation of origin and unfair competition in violation of federal and state statutory and common law and alleges as follows:

**PARTIES**

1. Hilsinger is a Delaware corporation and has a principal place of business located at 33 West Bacon Street, Plainville, MA 02762. Hilsinger designs and sells eye care and eye wear products.

2. Upon information and belief, Bacou is a Delaware corporation with its principal place of business located at 10 Thurber Blvd., Smithfield, Rhode Island.

**JURISDICTION AND VENUE**

3. Hilsinger brings this action for federal trademark infringement in violation of Section 32(a) of the Lanham Act, 15 U.S.C. § 1114(a); unfair competition and false designation of origin in violation of Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a); and unfair competition in violation of Rhode Island common law.

4. This Court has original jurisdiction under 15 U.S.C. § 1121(a) and 28 U.S.C. §§ 1331, 1338(a) and 1338(b). This Court has supplemental jurisdiction over all other claims asserted herein under 28 U.S.C. § 1367(a).

5. This Court has jurisdiction over Bacou and venue is properly laid in this Court under 28 U.S.C. §1391 (b) and (c) inasmuch as, upon information and belief, Bacou resides in this judicial district and has sought authority to do business here.

## FACTS

### A. Hilsinger, Its Products and Trademarks

6. For over forty (40) years, Hilsinger has designed and sold innovative eye care and eyewear products, including safety eyewear products.

7. In addition to many other products, Hilsinger designed a line of nose pads which it promotes and sells under the brand name LOGIC®. LOGIC® brand pads are made of various plastic materials and are designed to fit both safety and regular eyewear. Hilsinger has sold nose pads using the LOGIC® trademark continuously since 1998, and promotes and sells nose pad products under a family of LOGIC®-based marks (the "LOGIC® Marks"), including:

LOGIC®
CONTOUR FIT LOGIC;
ULTRATHIN LOGIC;
LOGIC STRAP BRIDGES; and
LOGIC VINYLON.

8. Of particular relevance is Hilsinger's trademark CONTOUR FIT LOGIC, which Hilsinger has used in connection with the sale of nose pads for approximately five years. Hilsinger's CONTOUR FIT LOGIC branded nose pads are designed to provide enhanced comfort for safety glass and eyeglass wearers.

9. Since January 2001, Hilsinger has featured its LOGIC® brand nose pads in its line of safety eyewear.

10. Hilsinger has extensively promoted and advertised the LOGIC® Marks, including CONTOUR FIT LOGIC, throughout the United States, Canada and Europe in industry publications, point of purchase materials, annual catalogs, periodic mailing brochures and its website. Examples of Hilsinger promotional materials are attached as Exhibit A.

11. Over the years, through its promotion and advertising, Hilsinger has developed substantial goodwill in its LOGIC® and CONTOUR FIT LOGIC branded products, which are widely recognized by consumers of eyewear products.

12. To protect the substantial goodwill associated with its eyewear products Hilsinger has applied for, and received, a registration from the United States Patent and Trademark Office (the "PTO") for its LOGIC® trademark (Reg. No. 2,270,731; granted August 17, 1999; reflecting first-use in commerce on May 1, 1998). A copy of the United States Patent and Trademark Office website report of the registration is attached as Exhibit B. Hilsinger's LOGIC® trademark is valid and subsisting, and incontestable as a matter of law.

13. As a result of Hilsinger's sales, service, advertising and promotion, the LOGIC® Marks, including CONTOUR FIT LOGIC, have become widely known amongst consumers and in the eyewear industry as identifying high quality eyewear products originating from plaintiff.

**B. Bacou's Business and Products**

14. Bacou manufactures, promotes and sells various types of safety gear including protective goggles and other eyewear.

15. Upon information and belief, Bacou promotes and advertises its eyewear in many of the same channels as Hilsinger. For example, both companies advertise in the industry publication Occupational Hazards.

16. Recently, Hilsinger learned that Bacou is advertising and selling a line of safety eyewear under the designation "FITLOGIC." Bacou promotes its "FITLOGIC" labeled eyewear as providing high levels of comfort. Examples of Bacou promotional materials for its "FITLOGIC" product line are attached as Exhibit C.

17. On March 2, 2005, Hilsinger sent Bacou a letter demanding that Bacou cease and desist its marketing and sales of products designated "FITLOGIC." Bacou refuses to comply with these demands.

18. Bacou's promotion, offering for sale, and sale of eyewear products in connection with the designation "FITLOGIC," is calculated to deceive purchasers into believing that Bacou's products are provided by or associated with the Hilsinger.

19. Bacou's use of the confusingly similar designation "FITLOGIC" on Bacou's products is likely to cause confusion with consumers and customers within the eyewear industry. Further, upon information and belief, Bacou is using the "FITLOGIC" designation for the express purpose of trading on Hilsinger's well-known and respected LOGIC® Marks and to facilitate the passing off of Bacou's products as Hilsinger's.

**COUNT I**

**Federal Trademark Infringement**

**(Violation of 15 U.S.C. § 1114)**

20. Plaintiff hereby realleges and incorporates by reference the allegations of paragraphs 1 through 19 of this Complaint as if fully set forth herein.

21. Bacou without the consent of Hilsinger, has used in commerce marks confusingly similar and/or identical to Hilsinger's registered trademark in connection with the sale and offering for sale of eyewear products, which use is likely to cause confusion, or to cause mistake or to deceive.

22. Bacou's acts constitute trademark infringement in violation of Section 32(1) of the Lanham Act, 15 U.S.C. § 1114.

23. Bacou's acts have been intentional, willful and in bad faith.

24. The aforesaid acts of Bacou have caused, and are causing, great and irreparable harm and damage to plaintiff, and unless permanently restrained by this Court, said irreparable injury will continue.

25. Plaintiff has no adequate remedy at law.

**COUNT II**

**Federal Unfair Competition and False Designation of Origin**

**(Violation of 15 U.S.C. § 1125(a))**

26. Plaintiff hereby realleges and incorporates by reference the allegations of paragraphs 1 through 25 of this Complaint as if fully set forth herein.

27. The aforesaid acts of Bacou constitute the intentional use of words, terms, names, symbols and devices and combinations thereof; false designations of origin; and false and misleading representations of fact that are likely to cause confusion, or to cause mistake, or to deceive as to the affiliation, connection or association of Bacou with Hilsinger, or as to the origin, sponsorship or approval of Bacou's products or other commercial activities by Bacou.

28. The aforesaid acts of Bacou constitute the use of words, terms, names, symbols and devices and combinations thereof; false designations of origin; and false and misleading

representations of fact that in commercial advertising or promotion, misrepresent the nature, characteristics or qualities of Bacou's products or other commercial activities.

29. The aforesaid acts of Bacou constitute false designation of origin, false and misleading descriptions and representations and false advertising in violation of Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a).

30. The aforesaid acts of Bacou have caused, and are causing, great and irreparable harm and damage to plaintiff, and unless permanently restrained by this Court, said irreparable injury will continue.

31. Plaintiff has no adequate remedy at law.

**COUNT III**

**(Common Law Unfair Competition)**

32. Plaintiff hereby realleges and incorporates by reference the allegations of paragraphs 1 through 31 of this Complaint as if sully set forth herein.

33. Bacou's aforesaid acts are a violation and derogation of plaintiff's common law rights and are likely to cause confusion, mistake and deception among consumers and the public as to the source, origin, sponsorship, or quality of Bacou's products, thereby causing loss, damage and injury to plaintiff and to the purchasing public. Bacou knew, or in the exercise of reasonable care should have known, that its conduct was likely to so mislead the public.

34. The foregoing conduct by Bacou has been knowing, deliberate, willful, intended to cause mistake or to deceive, and in disregard of plaintiff's rights.

35. Bacou's wrongful acts, as alleged above, have permitted or will permit it to make substantial sales and profits on the strength of plaintiff's nationwide and international marketing, advertising, sales and consumer recognition.

36. As a direct and proximate result of Bacou's wrongful conduct, as alleged above, plaintiff has been and will be deprived of substantial sales of products and services in an amount as yet unknown but to be proved at trial, and has been and will be deprived of the value of its LOGIC®-based marks as commercial assets in an amount as yet unknown but to be determined at trial.

37. The aforesaid acts of Bacou constitute unfair competition in violation of common law.

38. The aforesaid acts of Bacou have caused and are causing great and irreparable harm and damage to plaintiff, and unless permanently restrained by this Court, said irreparable injury will continue.

39. Plaintiff has no adequate remedy at law.

**RELIEF REQUESTED**

WHEREFORE, plaintiff prays for a judgment in its favor and against defendant Bacou ordering:

A. That Bacou, and each of its officers, directors, agents, servants, employees and representatives, and those persons in active concert or participation with them or any of them, be temporarily, preliminarily and permanently enjoined and restrained from:

(1) using on or in connection with the advertising, promotion, offering for sale, sales or distribution of eyewear products or services, the designation "FITLOGIC" or any variations thereof or anything confusingly similar thereto or to any of Plaintiff's trademarks, including, but not limited to, the trademarks LOGIC®, CONTOUR FIT LOGIC, or any of the LOGIC® Marks, or any variations thereof or anything confusingly similar thereto;

(2) representing by any means whatsoever, directly or indirectly, or doing any other acts or things calculated or likely to cause confusion, mistake or to deceive consumers into believing that Bacou's products and services are those of plaintiff, or that there is any affiliation or connection between plaintiff or their products and services and Bacou or its products and services, and from otherwise unfairly competing with plaintiff;

(3) causing to be advertised, published or disseminated by any means any false or misleading representations as to the existence of any relationship between Bacou and plaintiff or between any products and services of Bacou and any products and services of plaintiff.

B. That plaintiff recover its damages sustained as a result of Bacou's infringement, unfair competition and false designation of origin under federal, state and common law, together with an accounting of Bacou's profits arising from such activities, and that the Court exercise its discretion and enter a judgment for such additional sums as the Court shall find to be just, according to the egregious, willful and intentional nature of the acts of Bacou;

C. That plaintiff has and recovers treble damages under 15 U.S.C. § 1117;

D. That plaintiff has and recovers its reasonable attorneys' fees pursuant to 15 U.S.C. § 1117;

E. That Bacou be required to recall from any and all channels of trade, any and all advertising or promotional materials for eyewear products using the designation "FITLOGIC" or any variations thereof or anything confusingly similar thereto or to any of plaintiff's trademarks, and to take affirmative steps to dispel any false suggestion of a connection to plaintiff by virtue of its activities, including, but not limited to, all necessary and appropriate corrective advertising measures;

F. That plaintiff has and recovers its costs and disbursements herein; and

G. That plaintiff has such other and further relief as the Court may deem just and proper.

**PLAINTIFF HEREBY DEMANDS A TRIAL BY JURY FOR ALL ISSUES SO TRIABLE.**

The Hilsinger Company

By its attorneys,

Craig M. Scott, Esq. (4237)
Stacey P. Nakasian, Esq. (5069)
Duffy Sweeney & Scott, LTD.
One Turks Head Place, Suite 1200
Providence, RI 02903
(401) 455-0700
(401) 455-0701-Fax

Dated: May 9, 2005

*Hilsinger\Hilco v. Bacou (Uvex)\Pleadings\Complaint 5-4-05.doc*

(4)

# Logic®

## Smart Universal Nose Pads

- Patented dual purpose insert fits screw-on and push-on
- Simplifies and speeds pad selection
- Symmetrical design
- 4 pads do the work of 20



Hilco®

24/7 on-line ordering at www.hilco.com
Tel: (800) 955-6544 Fax: (800) 995-2154

# Why do more than 10,000 of the most successful dispensers use Logic®?



**Simplicity. Cost effectiveness. Time-savings.**

***Why not use Logic® nose pads?***



*push-on*



*screw-on*

Aren't there more important things to worry about in your practice than managing nosepads? With Logic® smart, universal nose pads **4 pads do the work of 20.**

No rights or lefts. No need to maintain separate screw-on and push-on inventories. Our patented combination insert and symmetrical surface design make it work. And, it'll work for you. Logically.

Call your local Hilco distributor or (800) 955-6544 to order a Logic sampler kit for just $26.95 (#90/781/0000).

Logic®
Smart, Universal Nose Pads

**Hilco®** 24/7 online ordering at www.hilco.com




# Now, *Contour Fit* Logic Solves His.

Inventorying and selecting nosepads used to be a real pain . . . until Hilco introduced Logic™, the smart universal silicone nose pad. Now, there's a new Logic pad that's as soothing to your patients as it is to your practice - Contour Fit Logic. Contour Fit is simply the most comfortable nose pad ever produced. Its unique, concave surface design and increased flexibility conform to any bridge, increasing contact area and distributing frame weight evenly. Tiny "treads" in the pad surface improve grip so eye-wear stays in place.

Contour Fit Logic™



Under the surface Contour Fit is pure Logic. Four pads that do the work of twenty. Patented combination screw-on/ push-on insert. Symmetrical design. Enough reasons to convince 10,000 + practices to use Logic. And now the most compelling reason of all: *Patient comfort!* For more information on Contour Fit Logic Nose Pads, please call your local Hilco distributor or 800-955-6544.

Hilco

Now the Hilco® Logic pad system includes

# Ultra-Thin Logic® and Logic® Strap Bridges

New

Ultra Thin Logic®

Smart Universal Nose Pads

Ultra-thin Logic pads are made of **clear acetate** and have a low profile width design. Available in 13mm and 15mm sizes, these pads are the logical choice for smaller frames styles.



13mm Oval



15mm Oval

New

## Logic® Strap Bridges

Smart, Universal Nose Pads

From small children to adults, Logic Silicone Strap Bridges cover all your patient s fitting needs. Now that's Logic!



Lg Adult



Med Adult



Sm Adult



Child

## Logic®

Smart, Universal Nose Pads

The original award-winning silicone pad. Logic s four pad system simplifies and speeds the pad selection process.

## Contour Fit Logic®

Smart Universal Nose Pads

Simply the most comfortable nose pad ever produced. A unique concave surface design and tiny treads increases pad flexibility for comfort.

## Logic® Vinylon

Smart, Universal Nose Pads

The original award-winning Logic design is available in Hilco's durable Vinylon material.



9mm Round



13mm Oval



15mm Oval



17mm Oval

For more information on our complete line of Logic nose pads, please contact us.
All illustrations are shown actual size. All Logic Pads and Strap Bridges are manufactured in the U.S.A. and are LATEX FREE.

Smart Optical Solutions
Hilco®
www.hilco-usa.com
(800) 955-6544
0011640000

(B)

UNITED STATES PATENT AND TRADEMARK OFFICE

Home | Index | Search | System Alerts | eBusiness Center | News & Notices | Contact Us

## Trademark Electronic Search System(Tess)

*TESS was last updated on Sat Feb 12 04:24:24 EST 2005*

PTO HOME | TRADEMARK | TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | BOTTOM | HELP

Logout Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

Check Status ***(TARR contains current status, correspondence address and attorney of record for this mark. Use the "Back" button of the Internet Browser to return to TESS)***

**Typed Drawing**

| | |
|---|---|
| **Word Mark** | LOGIC |
| **Goods and Services** | IC 009. US 021 023 026 036 038. G & S: PARTS AND ACCESSORIES FOR EYEGLASS MOUNTINGS; NAMELY, NOSE PADS, NOSE PAD ARMS, NOSE PAD COVERS; TEMPLES, TEMPLE TIPS, TEMPLE TIP SIZERS, TEMPLE COVERS, TEMPLE HINGES; TEMPLE PADS; TEMPLE GRIPS; TEMPLE KITS COMPRISING PRIMARILY OF TEMPLES FOR THE ASSEMBLY OF EYEGLASSES; READERS; EYEGLASS FRAMES; EYEGLASS CASES; EYEGLASS LENSES; SAFETY GOGGLES; CONTACT LENS CASES; EYEGLASS FRAME CABLE COVERS, EYEGLASS FRAME CABLE ENDS, EYEGLASS FRAME HEATSHRINK TUBING, EYEGLASS FRAME DECORATIVE PLAQUES, EYEGLASS FRAME LENS GASKETS, AND EYEGLASS FRAME STRAP BRIDGES. FIRST USE: 19980501. FIRST USE IN COMMERCE: 19980501 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 75520113 |
| **Filing Date** | July 16, 1998 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | May 25, 1999 |
| **Registration Number** | 2270731 |
| **Registration Date** | August 17, 1999 |

| | |
|---|---|
| **Owner** | (REGISTRANT) Hilsinger Company L.P., The THC MANAGEMENT CORP. LIMITED PARTNERSHIP DELAWARE 33 West Bacon Street Plainville MASSACHUSETTS 027620538 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | DAVID R JOSEPHS |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). |
| **Live/Dead Indicator** | LIVE |

PTO HOME | TRADEMARK | TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | TOP | HELP

HOME | INDEX | SEARCH | SYSTEM ALERTS | BUSINESS CENTER | NEWS&NOTICES | CONTACT US | PRIVACY STATEMENT

C

uvex®

HOME COMPANY PRODUCTS CONTACT

***A custom fit for any face!***




Uvex, the world's top-selling protective eyewear brand, sets the standard for protection and comfort in the workplace. The pioneer of countless groundbreaking innovations, Uvex provides products that meet or exceed industry standards, proving time and again that nothing protects like Uvex.




910 Douglas Pike Smithfield, RI 02917 Phone: (800) 343-3411 Fax: (401) 232-1830

Terms of Use - Privacy Notice

# Ordering Information

## The Uvex FitLogic™

| Item # | Frame Colors | Lens Tint | Lens Coating |
|---|---|---|---|
| S0400 | Black/Silver | Clear | Ultra-dura® |
| S0400X | Black/Silver | Clear | Uvextreme® |
| S0401 | Black/Silver | Gray | Ultra-dura |
| S0401X | Black/Silver | Gray | Uvextreme |
| S0402 | Black/Silver | Amber | Ultra-dura |
| S0403 | Black/Silver | Silver Mirror | Ultra-dura |
| S0404 | Black/Silver | SCT-Reflect 50 | Ultra-dura |
| S0405X | Black/Silver | SCT-Gray | Uvextreme |
| S0406X | Black/Silver | SCT-Vermilion | Uvextreme |
| S0407X | Black/Silver | SCT-Blue | Uvextreme |
| S0410 | Black/Red | Clear | Ultra-dura |
| S0410X | Black/Red | Clear | Uvextreme |
| S0411 | Black/Red | Gray | Ultra-dura |
| S0411X | Black/Red | Gray | Uvextreme |
| S0412 | Black/Red | Amber | Ultra-dura |
| S0413 | Black/Red | Silver Mirror | Ultra-dura |
| S0414 | Black/Red | SCT-Reflect 50 | Ultra-dura |
| S0415X | Black/Red | SCT-Gray | Uvextreme |
| S0416X | Black/Red | SCT-Vermilion | Uvextreme |
| S0417X | Black/Red | SCT-Blue | Uvextreme |

***Replacement Lenses***

| Item # | Lens Tint | Lens Coating |
|---|---|---|
| S0490 | Clear | Ultra-dura |
| S0490X | Clear | Uvextreme |
| S0491 | Gray | Ultra-dura |
| S0491X | Gray | Uvextreme |
| S0492 | Amber | Ultra-dura |
| S0493 | Silver Mirror | Ultra-dura |
| S0494 | SCT-Reflect 50 | Ultra-dura |
| S0495X | SCT-Gray | Uvextreme |
| S0496X | SCT-Vermilion | Uvextreme |
| S0497X | SCT-Blue | Uvextreme |

*Uvextreme® anti-fog coating performs under the most extreme conditions and will not wear off after repeated proper cleanings. It is permanently bonded to the lens and retains anti-scratch, anti-static and UV protection properties. Ultra-dura® hard coat is permanently bonded to the lens and is scratch-resistant and chemical-resistant.*

**Distributor Contact Info:**

***All Uvex lenses offer ultra-violet protection and are available with your choice of tints.***



***Clear***
*Used for most indoor work applications.*



***Gray***
*Minimizes outdoor sunlight and glare.*



***Amber***
*For low-light applications where enhanced contrast is needed.*



***Silver Mirror***
*Deflects sunlight and glare.*



***SCT-Reflect 50***
*Light mirror coating for varying light conditions.*



***SCT-Gray***
*Minimizes outdoor glare and offers true color recognition.*



***SCT-Vermilion***
*For indoor applications where contrast is needed, such as inspection.*



***SCT-Blue***
*Applications with high levels of sodium vapor lighting.*

***For more information contact:***
*Uvex*
*910 Douglas Pike*
*Smithfield, RI 02917-1896*
*(800) 343-3411*
*uvex.com*

*© UVEX*
*2004 BD form # Uvex 101 RPI 8/04*

www.bacou-dalloz.com

Bacou-Dalloz




# The Uvex FitLogic™

**The Uvex FitLogic™** is the first safety eyewear ever to offer a custom fit for any face. Using ground-breaking design and smart engineering, Uvex has achieved an unprecedented level of comfort-adjustability. Wearers can adjust it any way they want to match their custom fit profile. With soft, lightweight materials, cushioned contact points and a secure, precise fit, the definition of worker comfort is redefined.

**Never before has there been so much comfort for so many faces.**

uvex®

New from Uvex

# The Uvex FitLogic™

## The most comfortable fit you've ever had.

**.rican made and designed, the Uvex FitLogic .ncorporates a revolutionary frame design with a soft, lightweight browbar that adjusts to any face shape. In addition, a pioneering nosepiece design rotates, pivots, and slants providing face-contouring comfort for all day wear. Flexible, expandable, durable, lightweight *and* comfortable, nothing fits or feels as good as the Uvex FitLogic.**

## The most comfortable wear you've ever had.

**Comfort Features:**

- *Uvex patented MMT – Multi-Material Technology® positions cushioned comfort at all points of contact*
- *IMA – In-Mold Assembly technology allows revolutionary product features to tailor-fit any face shape and size*
- *Soft materials offer extended comfort for all day wear*
- *Floating lens design provides excellent ventilation to ~inimize fogging*

**.s Features:**

- *Extended wrap-around lens provide extra cheek and side coverage*
- *Optically perfected polycarbonate lens blocks 99.9% of UV rays*
- *Easy and quick lens replacement system*
- *Lenses are available with Ultra-dura® hard coat or Uvextreme® anti-fog coating*

**Additional Features:**

- *Passes ANSI Z87+ and CSA Z94.3 standards*
- *100% dielectric*
- *Uvex lifetime frame guarantee*
- *Proudly made in USA*

**Coming soon:**

- *Rx insert*
- *Reading magnifiers*



# It's easy to make it fit just right.



face profile

**1** ***Revolutionary browbar self-adjusts for secure fit.***

*With spring-like action, the browbar flexes to fit. Soft and flexible, it has just enough tension to fit comfortably on wide faces and securely on narrow faces.*

cheek bone profile

***Precise angle adjustment to fit any cheekbone.***

*The temple arms ratchet up and down and click securely into place to contour-fit any cheek profile.*



nose profile

**2** ***Smart nosepiece construction adjusts to any nose.***

*Amazing, patented nosepiece rotates 360° and pivots left, right, in and out. It can be precisely fitted to any nose bridge.*



ear profile

**4** ***Infinite temple length adjustment fits to any ear.***

*The temples lengthen with a precise, sliding action for better fit and more behind-the-ear comfort.*



Never before has there been
**so much comfort for so many faces.**