UNITED STATES DISTRICT COURT
District of Rhode Island

RECEIVED
MAY 27 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

THE HILSINGER COMPANY :
:
v. : C.A. No. 05-199-S
:
BACOU-DALLOZ EYE & :
FACE PROTECTION, INC. :

**STIPULATION**

By agreement of the parties, the time within which defendant, Bacou-Dalloz Eye & Face Protection, Inc. may file its answer and/or responsive pleading to plaintiff's complaint is extended to and including June 17, 2005.

THE HINSINGER COMPANY

By its Attorney,

Craig M. Scott (#4237)
Stacey P. Nakasian (#5069)
DUFFY SWEENEY & SCOTT LTD.
One Turks Head Place, Suite 1200
Providence, RI 02903
Tel. (401) 455-0700
Fax. (401) 455-0701

Dated: May ____, 2005

BACOU-DALLOZ EYE &
FACE PROTECTION, INC.

By its Attorneys,

William R. Grimm (#1938)
HINCKLEY, ALLEN & SNYDER LLP
1500 Fleet Center
Providence, RI 02903
Tel. (401) 274-2000
Fax. (401) 277-9600

#661032