UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| THE HILSINGER COMPANY,<br><br>Plaintiff,<br><br>VS.<br><br>BACOU-DALLOZ EYE AND FACE PROTECTION, INC.,<br><br>Defendant. | : | C.A. NO. 05-199-S |

**NOTICE OF DEPOSITION**

PLEASE TAKE NOTICE that, pursuant to the provisions of Rule 30(b)(6) of the Federal Rules of Civil Procedure, Defendant BACOU-DALLOZ EYE AND FACE PROTECTION, INC. ("Bacou") will take the deposition of Plaintiff THE HILSINGER COMPANY ("Hilsinger") before an officer authorized to administer oaths on **November 29, 2005 at 10:00 a.m.** and will continue day to day thereafter until completed. The deposition will be taken at the offices of Hinckley, Allen & Snyder, LLP, 1500 Fleet Center, Providence, Rhode Island 02903. The deposition will concern the matters listed on the attached Exhibit A. Plaintiff is requested to designate one or more officers, directors or managing agents, or other persons who have knowledge of the subject matters detailed in Exhibit A.

You are invited to attend and cross-examine.

BACOU-DALLOZ EYE AND FACE PROTECTION, INC.
By its Attorneys,

William R. Grimm (#1938)
Hinckley, Allen & Snyder LLP
1500 Fleet Center
Providence, RI 02903
(401) 274-2000
(401) 277-9600 (facsimile)

**CERTIFICATION**

TO:

Craig M. Scott, Esq.
Stacey F. Nakasian, Esq.
Duffy Sweeney & Scott, Ltd.
One Turks Head Place, Suite 1200
Providence, RI 02903

I certified that I mailed a true and accurate copy of the within Notice of Deposition to counsel of record, as set forth above, on November 7, 2005.