UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| THE HILSINGER COMPANY, | : | |
| Plaintiff, | : | |
| v. | : | C.A. NO: 05-199S |
| BACOU-DALLOZ EYE AND FACE PROTECTION, INC. | : | |
| Defendant. | : | |

**CONSENT MOTION TO EXTEND PRETRIAL ORDER DEADLINES**

Plaintiff, the Hilsinger Company ("Hilsinger") and defendant, Bacou-Dalloz Eye and Face Protection, Inc. ("Bacou") move the Court to alter the deadlines contained in the Court's August 10, 2005 Pretrial Order by extending such deadlines by 60 days.

The parties have been engaged in discovery since shortly after the Court's Rule 16 Conference. Certain discovery issues have arisen. The parties are attempting to resolve those issues, but these have delayed the taking of several key depositions.

In addition, the parties participated in a settlement conference before United States Magistrate Judge Robert W. Lovegreen on January 10, 2006. Magistrate Judge Lovegreen scheduled a second settlement conference for January 26, 2006. At the request of Magistrate Judge Lovegreen, the parties have agreed to stay discovery pending the second settlement conference. Thus, the requested extension of the Pretrial Order deadlines is necessary to permit the parties to engage in further court-sponsored settlement negotiations, complete discovery and prepare this case for trial.

Accordingly, the parties respectfully request that the Court extend the Pretrial Order deadlines by 60 days as follows:

1. Fact discovery shall be completed on or before April 3, 2006;

2. Plaintiff shall make its expert witness disclosures as required by Fed. R. Civ. P. 26(a)(2) by April 18, 2006;

3. Defendant shall make its expert witness disclosures as required by Fed. R. Civ. P. 26(a)(2) by May 9, 2006;

4. Expert discovery will close on June 16, 2006; and

5. Dispositive motions shall be filed by June 16, 2006.

6. Counsel shall present, thirty (30) days after a decision on any dispositive motion, or, if no dispositive motions are filed, by June 30, 2006, a typewritten memorandum containing the information required by the Court as stated in its August 10, 2005 Pretrial Order.

WHEREFORE, the parties respectfully request that the Court alter the deadlines contained in the Pretrial Order to reflect the dates set forth above.

Respectfully submitted,

The Hilsinger Company
By its Attorneys,

Craig M. Scott, Esq. (#4237)
Christine K. Bush, Esq. (#5587)
DUFFY SWEENEY & SCOTT, LTD
One Turks Head Place, Suite 1200
Providence, Rhode Island 02903
Telephone: (401) 455-0700
Fax: (401) 455-0701

Bacou-Dalloz Eye and Face Protection, Inc.
By its Attorneys,

William Grimm, Esq. (#1938)
HINCKLEY ALLEN & SNYDER, LLP
1500 Fleet Center
Providence, R.I. 02903
Telephone: (401) 274-2000
Fax: (401) 277-9600

Dated: January 10, 2006