UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| THE HILSINGER COMPANY | : | |
| Plaintiff, | : | C.A. No. 05-199-S |
| v. | : | |
| BACOU-DALLOZ EYE & FACE PROTECTION, INC. | : | |
| Defendant. | : | |

**STIPULATION OF DISMISSAL**

The Complaint is hereby dismissed with prejudice, no interest, no costs.

Plaintiff,

The Hilsinger Company

By Its Attorneys

Craig M. Scott, Esq. (#4237)
Ralph N. Gaboury, Esq.
DUFFY SWEENEY & SCOTT, LTD.
One Turks Head Place, Suite 1200
Providence, RI 02903
P: (401) 455-0700 / F: (401) 455-0701
Email: cscott@duffysweeney.com
Email: rgaboury@duffysweeney.com

Dated: April 24, 2006

Defendant,

Bacou-Dalloz Eye & Face Protection, Inc.

By Its Attorneys

William R. Grimm, Esq. (#1938)
Hinckley Allen Snyder, LLP
1500 Fleet Center
Providence, RI 02903
P: (401) 274-2000 / F: (401) 277-9600
Email: wgrimm@haslaw.com

Dated: April 13, 2006

ENTER WAMM
WILLIAM E. SMITH
U.S. DISTRICT JUDGE

DATE 5/2/06